**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-4125

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL P. LOUGH,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Senior District Judge. (1:16-cr-00018-IMK-MJA-1)

Submitted: April 26, 2018                                        Decided: May 4, 2018

Before NIEMEYER, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Katy J. Cimino, Clarksburg, West Virginia, Kristen M. Leddy, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Martinsburg, West Virginia, for Appellant. Sarah W. Montoro, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael P. Lough pled guilty, pursuant to a conditional plea agreement, to possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) (2012). The district court sentenced Lough to 37 months' imprisonment. On appeal, Lough challenges the denial of his pretrial motion to suppress.

In *United States v. McLamb*, 880 F.3d 685 (4th Cir. 2018), we addressed a challenge to the same warrant at issue here and concluded that, even if the warrant violated the Fourth Amendment, the good faith exception precluded suppression of the evidence. *Id*. at 689-90. In light of *McLamb*, we conclude that the district court did not err in denying Lough's motion to suppress.

Accordingly, we affirm the criminal judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*